# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YOLANDA JONES, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC., and KROLL FACTUAL DATA, INC.,<br><br>Defendants. | CIVIL ACTION NO.: 2:20-cv-1180-DSC<br><br>CLASS ACTION<br><br>ELECTRONICALLY FILED |

## MOTION FOR ADMISSION *PRO HAC VICE* OF E. MICHELLE DRAKE

E. Michelle Drake, undersigned counsel for Plaintiff Yolanda Jones, hereby moves that E. Michelle Drake be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff pursuant to LCvR 83.3, LCvR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of E. Michelle Drake filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated:  September 3, 2020

/s/ E. Michelle Drake
E. Michelle Drake, MN Bar No. 0387366
BERGER MONTAGUE PC
43 SE Main St., Ste 505
Minneapolis, MN 55414
Telephone: (612) 594-5933
Facsimile: (612) 584-4470
emdrake@bm.net
*Counsel for Plaintiff*